UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA, | : |
|         Plaintiff, | : |
| v. | : |
| | : Civil Action No: 2:21-cv-00771 |
| HEALTH MARKETS LLC; a/k/a HEALTH MARKETS INSURANCE AGENCY, INC. a/k/a, d/b/a INSPHERE INSURANCE SOLUTIONS, INC.: and DARON ROBERTSON and BROADPATH INC. n/k/a BROADPATH, LLC, a/k/a BROADPATH HEALTH CARE | : |
|         Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the below named as counsel for the defendants, Daron Robertson and BroadPath, Inc. n/k/a BroadPath LLC, a/k/a BroadPath Health Care, in the above-captioned mater.

Respectfully submitted,

THOMAS PASCHOS & ASSOCIATES, P.C.

BY: */s/ Thomas Paschos*
     Thomas Paschos, Esquire
Dated: January 19, 2021      30 North Haddon Avenue, Suite 200
     Haddonfield, NJ 08033
     (856) 354-1900
     tpaschos@paschoslaw.com
     for Defendants, Daron Robertson and
     BroadPath, Inc. n/k/a BroadPath LLC, a/k/a
     BroadPath Health Care

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : Civil Action No: 2:21-cv-00771 <br> HEALTH MARKETS LLC; a/k/a : <br> HEALTH MARKETS INSURANCE : <br> AGENCY, INC. a/k/a, d/b/a : <br> INSPHERE INSURANCE : **CERTIFICATE OF SERVICE** <br> SOLUTIONS, INC.: and DARON : <br> ROBERTSON and BROADPATH : <br> INC. n/k/a BROADPATH, LLC, a/k/a : <br> BROADPATH HEALTH CARE : <br> : <br> Defendants. : | |

    I certify that on the date indicated herein, I caused an original of defendants, Daron Robertson and BroadPath, Inc. n/k/a BroadPath LLC, a/k/a BroadPath Health Care's Entry of Appearance to be filed electronically with the Clerk of the United States District Court for the District of New Jersey. I also caused a copy of the above-referenced papers to be sent via electronic mail to:

Richard M. Zelma, Pro Se Plaintiff
940 Blanch Avenue
Norwood, NJ  07648
E-mail:  TCPALAW@optonline.net

Mallik N. Yamusah (N.J. No. 213972019)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
E-mail:  mallik.yamusah@hoganlovells.com
Attorney for Defendant, HealthMarkets
Insurance Agency, Inc.

I certify that the foregoing statements made by me are true and accurate and that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**THOMAS PASCHOS & ASSOCIATIONS, P.C.**

By:  */s/ Thomas Paschos*
Thomas Paschos, Esquire
30 N. Haddon Avenue, Suite 200
Haddonfield, NJ  08033
(856) 354-1900
tpaschos@paschoslaw.com
Attorney for Defendants, Daron Robertson and BroadPath, Inc. n/k/a BroadPath LLC, a/k/a BroadPath Health Care