**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD M. ZELMA, | |
| Plaintiff, | Civil Action No. 2:21-cv-00771-KM-ESK |
| v. | |
| HEALTHMARKETS INSURANCE AGENCY, INC., *et al.*, | *Document Filed Electronically* |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Richard M. Zelma ("Plaintiff"), *pro se;* Defendant HealthMarkets Insurance Agency, Inc. ("HealthMarkets"); and Defendants Daron Robertson ("Robertson") and BroadPath, Inc. n/k/a BroadPath, LLC a/k/a BroadPath Health Care ("BroadPath"), the parties in the above-captioned action, hereby stipulate and agree as follows:

1. All claims asserted in the above-captioned action are hereby dismissed with prejudice.

2. Plaintiff, HealthMarkets, Robertson, and BroadPath shall each bear their own fees and costs.

SO STIPULATED:                                    Dated: August ___, 2021

By: /s/ *Richard M. Zelma*                        By: s/ Jeffrey Soos
   Richard M. Zelma, *Pro se*                        Arnold B. Calmann
   940 Blanch Avenue                                 Jeffrey Soos
   Norwood, New Jersey 07648                         Katherine A. Escanlar
   TCPALAW@optonline.net                             **SAIBER LLC**
   Tel: 201 767 8153                                 18 Columbia Turnpike, 2nd Floor
                                                     Florham Park, New Jersey 07932
                                                     (973) 622-3333 (Telephone)

*[signature]*

Thomas Paschos, Esquire
**THOMAS PASCHOS & ASSOCIATES, P.C.**
30 North Haddon Avenue, Suite 200
Haddonfield, NJ 08033
(856) 354-1900
tpaschos@paschoslaw.com

*Attorneys for Defendants Daron Robertson and BroadPath, Inc. n/k/a BroadPath, LLC a/k/a BroadPath Health Care*

abc@saiber.com
jsoos@saiber.com
kescanlar@saiber.com

Adam K. Levin
Carolyn A. DeLone
Katherine I. Culora
**HOGAN LOVELLS US LLP**
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
carrie.delone@hoganlovells.com
katherine.culora@hoganlovells.com

*Attorneys for Defendant HealthMarkets Insurance Agency, Inc.*

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/23/2021**

SO ORDERED this ___ day of _____ 2021.

_____
Hon. Kevin McNulty, U.S.D.J.

2